IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SHARMA INVESTMENTS, LLC<br>　　*Plaintiff,* | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 6:25-cv-00207 |
| SCOTTSDALE INSURANCE COMPANY<br>d/b/a SCOTTSDALE<br>　　*Defendant.* | §<br>§<br>§<br>§ | |

## NOTICE OF REMOVAL

Defendant Scottsdale Insurance Company ("Scottsdale" or "Defendant"), through undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, files this Notice of Removal of the lawsuit captioned *Sharma Investments LLC v. Scottsdale Insurance Company d/b/a Scottsdale*; Cause No. 25DCV352831; In the 169th Judicial District Court, Bell County, Texas.

## I.
## BACKGROUND

1. Plaintiff Sharma Investments, LLC (hereinafter "Plaintiff") initiated the present action by filing its Original Petition against Scottsdale in Cause No. 25DCV352831; In the 169th Judicial District Court, Bell County, Texas (the "State Court Action"). *See* Plaintiff's Original Petition, attached as **Exhibit A**.

2. Defendant appeared and answered on May 15, 2025, asserting a general denial to the claims and allegations made in Plaintiff's Original Petition. *See* Defendant's Original Answer, attached as **Exhibit B**.

3. Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served upon Defendant in the State Court Action are incorporated in **Exhibit A**. A full copy of the state

court file has been requested and will be filed upon receipt. The State Court Action docket sheet is attached as **Exhibit C**.

4. Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, Defendant will give written notice of the removal to Plaintiff through its attorney of record and to the clerk of the 169th Judicial District Court, Bell County, Texas.

5. Pursuant to 28 U.S.C. §§ 1446(b)(1) and 1446(c)(1), this Notice of Removal has been timely filed within 30 days after the receipt of Plaintiff's Original Petition and within one year after the commencement of the action.

## II.
## JURISDICTION

6. This Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and the matter is removable to this Court pursuant to 28 U.S.C. § 1441 because there is complete diversity of citizenship between the properly joined parties and the amount in controversy exceeds $75,000 exclusive of interest and costs.

**A.  Diversity of Parties**

7. Plaintiff is a limited liability company. Citizenship of a limited liability company is determined by the citizenship of all of its members. *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). Based on a diligent search of publicly available information, the sole members of Plaintiff are Pravin V. Sharma and Anuradha A. Sharma. Upon information and belief, and after a diligent search of publicly available information, both Pravin V. Sharma and Anuradha A. Sharma are residents of the State of California and are domiciled within the State of California with the requisite intent to establish California as their present and future domicile. No other members of Plaintiff were discovered through a diligent search and review of publicly available records and Scottsdale has no reason to believe that any members of Plaintiff share the

citizenship of Scottsdale.  Pursuant to 28 U.S.C. § 1332(a), therefore, Plaintiff is a citizen of the State of California.

8. Defendant Scottsdale Insurance Company is a corporation organized under the laws of Ohio and maintains its principal place of business in Arizona.  Pursuant to 28 U.S.C. § 1332(c)(1), therefore, Defendant is a citizen of the States of Ohio and Arizona.

9. Accordingly, there is complete diversity between the properly joined parties pursuant to 28 U.S.C. § 1332(a).

**B.    Amount in Controversy**

10. The amount in controversy in this case exceeds $75,000 rendering removal under 28 U.S.C. § 1332 proper. Generally, "the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy." 28 U.S.C. § 1446(c)(2); *see also Santiago v. State Farm Lloyds*, No. 7:13-CV-83, 2013 WL 1880845, at *1 (S.D. Tex. May 3, 2013). Removal is proper if it is "facially apparent" from the complaint that the claims asserted exceed the jurisdictional amount. *Puckitt v. Wells Fargo Bank, N.A.*, No. G-09-0056, 2010 WL 2635626, at *3 (S.D. Tex. June 28, 2010) (citing *Allen v. R&H Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1995)). In addition, penalties, exemplary damages, and attorneys' fees are included as part of the amount in controversy. *See H&D Tire & Automotive-Hardware, Inc. v. Pitney Bowes Inc.*, 227 F.3d 326, 330 (5th Cir. 2000); *see also St. Paul Reinsurance Co. v. Greenberg,* 134 F.3d 1250, 1253 (5th Cir. 1998).

11. Here, Plaintiff seeks "monetary relief in excess of $1,000,000." **Exhibit A**, Plaintiff's Original Petition, at ¶ 5. In addition to actual damages claimed, Plaintiff also seeks penalties, exemplary damages, and attorneys' fees. *See* **Exhibit A,** ¶ 92, 101, and 116; Tex. Ins. Code sections 541.002 & 541.152.  Penalties, exemplary damages, and attorneys' fees are

included as part of the amount in controversy. *See H&D Tire & Automotive-Hardware, Inc. v. Pitney Bowes Inc.*, 227 F.3d 326, 330 (5th Cir. 2000); *see also St. Paul Reinsurance Co. v. Greenberg,* 134 F.3d 1250, 1253 (5th Cir. 1998).

12. Therefore the amount in controversy meets the jurisdictional requirements of 28 U.S.C. § 1332 based on the sum demanded in good faith in the initial pleading. The amount in controversy plainly exceeds $75,000, exclusive of interest and costs. *See* **Exhibit A**. Accordingly, the amount in controversy requirement of 28 U.S.C. § 1332(b) is satisfied.

## III.
## CONCLUSION

13. Removal of this action under 28 U.S.C. § 1441 is proper as the district courts of the United States have original jurisdiction over the matter pursuant to 28 U.S.C. § 1332, and as all requirements for removal under 28 U.S.C. § 1446 have been met.

14. WHEREFORE, Defendant Scottsdale Insurance Company hereby provides notice that this action is duly removed.

Respectfully submitted,

*/s/ Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert G. Wall
Texas Bar No. 24072411
rwall@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Ave., Ste. 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

**ATTORNEYS FOR DEFENDANT
SCOTTSDALE INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

  This is to certify that a true and correct copy of the foregoing instrument has been served electronically via e-mail and Certified Mail this the 15th day of May, 2025 to:

| | |
|---|---|
| Larry Moskowitz | *#9414 7266 9904 2224 3236 70* |

MoMo Law, An Affiliate of The Morgan Law Group
and Larry Moskowitz, P.A.
400 SE 9th St.
Fort Lauderdale, Florida 33316
isabella@windylaw.com
lisa@windylaw.com
pleadings@werepresentyou.com

              */s/ Patrick M. Kemp*
              Patrick M. Kemp